1  BUCHALTER NEMER
   STEVEN BROWER (State Bar No. 93568)
2  18400 Von Karman, Suite 800
   Irvine, ca 92612
3  Telephone: (714) 549-5151
   Facsimile: (949) 224-6410
4  *sbrower@buchalter.com*

5  Attorneys for Plaintiff
   CALIFORNIA CANCER ASSOCIATES FOR
6  RESEARCH AND EXCELLENCE, INC.

7
   SEDGWICK LLP
8  BRIAN HARRISON (State Bar No.157123)
   KARA DIBIASIO (State Bar No.294547)
9  333 Bush Street, 30th Floor
   San Francisco, CA  94104-2834
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11 *brian.harrison@sedgwicklaw.com*
   *kara.dibiasio@sedgwicklaw.com*
12
   Attorneys for Defendants
13 PHILADELPHIA INDEMNITY INSURANCE COMPANY
   and PHILADELPHIA CONSOLIDATED HOLDING
14 CORPORATION, erroneously sued as "PHILADELPHIA
   INSURANCE COMPANIES"
15

16                     **UNITED STATES DISTRICT COURT**

17                      **EASTERN DISTRICT OF CALIFORNIA**

18                              **FRESNO DIVISION**

19

| | |
|---|---|
| CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INSURANCE COMPANIES, PHILADELPHIA INDEMNITY INSURANCE COMPANY, and DOES 1 to 10, <br><br> Defendants. | Case No. 1:14-cv-00798 <br><br> **STIPULATION AND ORDER TO FILE DECLARATION OF AMANDA BOZZA WITH REDACTIONS TO EXHIBITS 5 & 6 IN PLACE OF DECLARATION OF AMANDA BOZZA WITHOUT REDACTIONS TO EXHIBITS 5 & 6 [L.R. 140]** <br><br> MSC: July 29, 2014 <br><br> *Hon. Gary S. Austin* <br> *U.S. Magistrate Judge* |

Pursuant to Civil Local Rules 140 and 143, Plaintiff California Cancer Associates for Research and Excellence, Inc. ("cCare") and Defendants Philadelphia Indemnity Insurance Company ("PIIC") and Philadelphia Consolidated Holding Corporation ("PCHC"), erroneously sued as "Philadelphia Insurance Companies" (collectively "Philadelphia"), through their respective attorneys of record, stipulate and request that the Court enter an order thereon, that the Declaration of Amanda Bozza In Support of Defendants' Notice of Removal of Civil Action to United States District Court for the Eastern District of California (Diversity) ("Bozza Declaration") <u>with redactions</u> to Exhibits 5 and 6 (attached hereto as Exhibit A) will replace the Bozza Declaration filed <u>without redactions</u> to Exhibits 5 and 6, and that the Bozza Declaration <u>without redactions</u> to Exhibits 5 and 6 shall be expunged. In support of this stipulation, the parties state as follows:

1. On May 23, 2014, Defendants Philadelphia filed a Notice of Removal to the United States District Court for the Eastern District of California (ECF 1), that included the following Attachments: #1 Civil Cover Sheet; #2 Bozza Declaration. The Bozza Declaration included Exhibit 5, which are legal invoices from the Buchalter Nemer firm, and Exhibit 6, which are invoices from HSNO, a forensic accounting firm. These invoices contain descriptions of work performed and the amount of hours spent on each task that is private, confidential and proprietary in nature and may contain attorney work product and/or attorney client communications.

2. On May 27, 2014, counsel for cCare notified counsel for Philadelphia that the descriptions of work performed, the amount of hours spent on each task and other confidential information was not redacted from Exhibits 5 and 6 to the Bozza Declaration filed with the Court on May 23, 2014. Thereafter, counsel for Philadelphia acknowledged that, by error or mistake, this information was not redacted from Exhibits 5 and 6 to the Bozza Declaration.

3. cCare and Philadelphia wish to maintain the private, confidential and proprietary nature of the information contained in the invoices attached to Exhibits 5 and 6 to the Bozza Declaration. The work described in the invoices relates to the defense of cCare in connection with a pending claim, and may contain attorney work product or attorney client

communications that is private and protected from disclosure under state law and federal law and, per Local Rule 140, such descriptions must be redacted. Therefore, the Bozza Declaration <u>with redactions</u> to Exhibits 5 and 6, which is otherwise identical to the Bozza Declaration filed on May 23, 2014, has been prepared and a true and correct copy is attached hereto as Exhibit A.

THEREFORE, the parties respectfully request that the Court file the Bozza Declaration <u>with redactions</u> to Exhibits 5 and 6 (attached hereto as Exhibit A) in place of the Bozza Declaration <u>without redactions</u> to Exhibits 5 and 6 filed on May 23, 2014, and that the Bozza Declaration <u>without redactions</u> to Exhibits 5 and 6 filed on May 23, 2014 be expunged.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED:  MAY 29, 2014          BUCHALTER NEMER

By: /s/ Steven Brower (as authorized on May 29, 2014)[1]
Steven Brower
Attorneys for Plaintiff
CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC.

DATED:  May 29, 2014          SEDGWICK LLP

By: /s/ Brian D. Harrison
Brian D. Harrison
Attorneys for Defendants
PHILADELPHIA INDEMNITY INSURANCE COMPANY and PHILADELPHIA CONSOLIDATED HOLDING CORPORATION, erroneously sued as "PHILADELPHIA INSURANCE COMPANIES"

---

[1] Per L.R. 131(e), counsel for Plaintiff cCare has authorized submission of this document on his behalf.

**ORDER**

Pursuant to the parties' above stipulation, it is hereby ordered that The Bozza Declaration with redactions to Exhibits 5 and 6 (attached as Exhibit A to the Stipulation) be filed in place of the Bozza Declaration without redactions to Exhibits 5 and 6 filed on May 23, 2014, and that the Bozza Declaration without redactions to Exhibits 5 and 6 filed on May 23, 2014 be expunged.

IT IS SO ORDERED.

Dated:   **June 3, 2014**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE