BUCHALTER NEMER
STEVEN BROWER (State Bar No. 93568)
18400 Von Karman, Suite 800
Irvine, CA 92612
Telephone: (714) 549-5150
Facsimile: (949) 224-6410
*sbrower@buchalter.com*

Attorneys for Plaintiff
CALIFORNIA CANCER ASSOCIATES FOR
RESEARCH AND EXCELLENCE, INC.

SEDGWICK LLP
BRIAN D. HARRISON (State Bar No. 157123)
KARA L. DIBIASIO (State Bar No. 294547)
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: *brian.harrison@sedgwicklaw.com*
         *kara.dibiasio@sedgwicklaw.com*

Attorneys for Defendants
PHILADELPHIA INDEMNITY INSURANCE COMPANY
and PHILADELPHIA CONSOLIDATED HOLDING
CORPORATION, erroneously sued as "PHILADELPHIA
INSURANCE COMPANIES"

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INSURANCE COMPANIES, PHILADELPHIA INDEMNITY INSURANCE COMPANY, and DOES 1 to 10, <br><br> Defendants. | Case No. 1:14-cv-00798 GSA <br><br> **STIPULATION REGARDING MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION AND COMPEL ARBITRATION; AND [PROPOSED] ORDER TO DISMISS THE ACTION AND TO COMPEL COMPLIANCE WITH INSURANCE POLICY'S MANDATORY ARBITRATION PROVISION** |

19076382v1

This Stipulation is entered into by and among Plaintiff California Cancer Associates for Research and Excellence, Inc. ("cCare") and Defendants Philadelphia Indemnity Insurance Company ("Philadelphia") and Philadelphia Consolidated Holding Corporation ("PCHC"), sued as its fictitious business name of Philadelphia Insurance Companies (collectively "Defendants").  By and through their respective counsel of record, cCare and Defendants have agreed to submit the issues set forth in the complaint to binding arbitration pursuant to the terms of Part 6, Section XIV.B. of Policy No.PHSD831802 issued to cCare, effective April 1, 2013 to April 1, 2014 (the "Policy"), except for the following:

A. In lieu of administration by the American Arbitration Association ("AAA"), the parties agree that the arbitration will be administered by an individual or entity mutually agreed to by the parties.

B. PCHC reserves the right to contend that it is not a proper party to the issues in dispute in this matter but agrees to submit this dispute to arbitration and agrees that it will not make any motion or request to be removed from the case until after cCare has been given the opportunity to conduct discovery on whether PCHC is an "Underwriter" of the Policy as defined by the Policy.

THEREFORE, and based upon the foregoing, the parties hereto stipulate and agree as follows:

1. That the disputes in this action will be submitted to arbitration pursuant to the terms of Part 6, Section XIV.B. of the Policy, consistent with the agreements in the paragraphs above; and

////
////
////
////
////
////
////

2. That this action will be dismissed, without prejudice.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.


DATED:  June 26, 2014          BUCHALTER NEMER


                               By:  /s/ by permission
                                    Steven Brower
                                    Attorneys for Plaintiff
                                    CALIFORNIA CANCER ASSOCIATES FOR
                                    RESEARCH AND EXCELLENCE, INC.


DATED:  June 26, 2014          SEDGWICK LLP


                               By:  /s/ Brian D. Harrison
                                    Brian D. Harrison
                                    Attorneys for Defendants
                                    PHILADELPHIA INDEMNITY
                                    INSURANCE COMPANY and PHILADELPHIA
                                    CONSOLIDATED HOLDING CORPORATION,
                                    erroneously sued as "PHILADELPHIA
                                    INSURANCE COMPANIES"

**ORDER**

Pursuant to the parties' above stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1. That the disputes in this action will be submitted to arbitration pursuant to the terms of Part 6, Section XIV.B. of the Policy consistent with the Stipulation of the parties set forth above; and

2. That this action will be and is hereby dismissed, without prejudice.

IT IS SO ORDERED.

Dated: July 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE